**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Deborah A. Goldfarb, California Bar No. 241942
Nadia M. Bishop, California Bar No. 182995
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: robert.padway@bryancave.com
deborah.goldfarb@bryancave.com
bishopn@bryancave.com

Attorneys for Defendants
BAC HOME LOANS SERVICING, L.P. and
BANK OF AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:11-CV-02371 EMC<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** ; ORDER<br><br>[L.R. 6-1(a)] |

## STIPULATION

Defendants BAC Home Loans Servicing, L.P. and Bank of America Corporation ("Defendants"), and Plaintiffs Mehdi Ravan and Ali Ravan ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendant BAC Home Loans Servicing, L.P. removed this matter from Alameda County Superior Court on May 13, 2011.

2. After removal to federal court, Defendants have seven (7) days to respond to Plaintiffs' Complaint. However, Plaintiffs and Defendants are in the process of discussing the informal resolution of this matter.

3. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint. Thus, instead of responding to the Complaint on May 20, 2011 (seven days after removal to federal court), the parties agree that Defendants' time to file and serve their response to the Complaint is extended up to and including August 17, 2011. No trustee sale will be issued prior to this date. August 17, 2011 is also the parties last day to file a Rule 26(f) report, in advance of the Initial Case Management Conference currently set for August 24, 2011. Thus, this stipulation will not alter any pre-existing court event or deadline, and is submitted without a court order pursuant to Local Rule 6-1(a).

4. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: May __, 2011

MATRIX LAW FIRM, APC
Reuben D. Nathan

By: _____
Reuben D. Nathan
Attorney for Plaintiffs
MEHDI RAVAN and ALI RAVAN

Dated: May 20, 2011

BRYAN CAVE LLP
Robert A. Padway
Deborah A. Goldfarb
Nadia M. Bishop

By: _____
Nadia M. Bishop
Attorneys for Defendants
BAC HOME LOANS SERVICING, L.P., AND
BANK OF AMERICA CORPORATION

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

SF01DOCS\32732.1

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, Case No. 3:11-CV-02371 EMC