1  BRYAN CAVE LLP
   Robert A. Padway, California Bar No. 48439
2  Andrea M. Hicks, California Bar No. 219836
   Joseph V. Quattrocchi, California Bar No. 257568
3  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111-3907
4  Telephone:    (415) 675-3400
   Facsimile:    (415) 675-3434
5  E-Mail:       robert.padway@bryancave.com
                 andrea.hicks@bryancave.com
6                quattrocchij@bryancave.com

7
   BANK OF AMERICA, N.A. as successor by merger to BAC HOME LOANS SERVICING,
8  L.P. and BANK OF AMERICA CORPORATION

9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11

12
   | | |
   |---|---|
   | MEHDI RAVAN and ALI RAVAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:11-CV-02371 EMC<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT ; ORDER**<br><br>[L.R. 6-1(a)]<br><br>DATE ACTION FILED: APRIL 7, 2011<br>TRIAL DATE: NOT YET ASSIGNED |

## STIPULATION

Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. and Bank of America Corporation ("Defendants"), and Plaintiffs Mehdi Ravan and Ali Ravan ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendant BAC Home Loans Servicing, L.P. removed this matter from Alameda County Superior Court on May 13, 2011.

2. Plaintiffs and Defendants are in the process of discussing the informal resolution of this matter.

3. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint. Thus, instead of responding to the Complaint on August 17, 2011, the parties agree that Defendants' time to file and serve their response to the Complaint is extended up to and including September 16, 2011. This stipulation will not alter any pre-existing court event or deadline, and is submitted without a court order pursuant to Local Rule 6-1(a).

4. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: August 16, 2011

MATRIX LAW FIRM, APC
Reuben D. Nathan

By: /s/ Reuben D. Nathan
Reuben D. Nathan
Attorney for Plaintiffs
MEHDI RAVAN and ALI RAVAN

Dated: August 16, 2011

BRYAN CAVE LLP
Robert A. Padway
Andrea M. Hicks
Joseph V. Quattrocchi

By: /s/ Joseph V. Quattrocchi
Joseph V. Quattrocchi
Attorneys for Defendants
BANK OF AMERICA, N.A. as successor by merger to BAC HOME LOANS SERVICING, L.P., AND BANK OF AMERICA CORPORATION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*