| | |
|---|---|
| 1 | **BRYAN CAVE LLP** |
| | C. Scott Greene, California Bar No. 277445 |
| 2 | Alison V. Lippa , California Bar No. 160807 |
| | Joseph V. Quattrocchi, California Bar No. 257568 |
| 3 | Two Embarcadero Center, Suite 1410 |
| | San Francisco, CA 94111 |
| 4 | Telephone:    415-675-3400 |
| | Facsimile:    415-675-3434 |
| 5 | E-Mail:    scott.greene@bryancave.com |
| | lippa@bryancave.com |
| 6 | quattrocchij@bryancave.com |

BANK OF AMERICA, N.A. as successor by merger to BAC HOME LOANS SERVICING, L.P. and BANK OF AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN, | Case No. 3:11-CV-02371 EMC |
| Plaintiffs, | **JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** ; ORDER |
| v. | |
| AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive, | **[L.R. 6-1(a)]** |
| | DATE ACTION FILED: APRIL 7, 2011 |
| Defendants. | TRIAL DATE: NOT YET ASSIGNED |

SF01DOCS\44517.1

JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND – CASE NO. 3:11-CV-02371 EMC

## **STIPULATION**

Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. and Bank of America Corporation ("Defendants"), and Plaintiffs Mehdi Ravan and Ali Ravan ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendant BAC Home Loans Servicing, L.P. removed this matter from Alameda County Superior Court on May 13, 2011.

2. Plaintiffs and Defendants are in the process of discussing the informal resolution of this matter.

3. In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint. Thus, instead of responding to the Complaint on September 16, 2011, the parties agree that Defendants' time to file and serve their response to the Complaint is extended up to and including November 15, 2011. This stipulation will not alter any pre-existing court event or deadline, and is submitted without a court order pursuant to Local Rule 6-1(a).

4. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///
///
///
///
///

1 **IT IS SO STIPULATED.**

3 Dated: September 13, 2011     **MATRIX LAW FIRM, APC**
4     Reuben D. Nathan

6     By:   */s/ Reuben D. Nathan*
7          Reuben D. Nathan
    Attorney for Plaintiffs
8     MEHDI RAVAN and ALI RAVAN

9 Dated: September 13, 2011     **BRYAN CAVE LLP**
10     C. Scott Greene
    Alison V. Lippa
11     Joseph V. Quattrocchi

13     By:   /s/ *Joseph V. Quattrocchi*
         Joseph V. Quattrocchi
14     Attorneys for Defendants
    BANK OF AMERICA, N.A. as successor by
15     merger to BAC HOME LOANS SERVICING,
    L.P., AND BANK OF AMERICA
16     CORPORATION

18 IT IS SO ORDERED:

20 _____
    Edward M. Chen
21     U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907