1  **BRYAN CAVE LLP**
   C. Scott Greene, California Bar No. 277445
2  Alison V. Lippa , California Bar No. 160807
   Joseph V. Quattrocchi, California Bar No. 257568
3  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111
4  Telephone:    415-675-3400
   Facsimile:    415-675-3434
5  E-Mail:    scott.greene@bryancave.com
              lippa@bryancave.com
6              quattrocchij@bryancave.com

7
   BANK OF AMERICA, N.A. as successor by merger to BAC HOME LOANS SERVICING,
8  L.P. and BANK OF AMERICA CORPORATION

9

10           **UNITED STATES DISTRICT COURT**

11         **NORTHERN DISTRICT OF CALIFORNIA**

12

13  MEHDI RAVAN and ALI RAVAN,          Case No. 3:11-CV-02371 EMC

14           Plaintiffs,                **JOINT STIPULATION EXTENDING
                                        DEFENDANTS' TIME TO RESPOND TO**
14           v.                         **COMPLAINT**  ; ORDER

15                                      **[L.R. 6-1(a)]**
   AMERICAN MORTGAGE EXPRESS
16  CORP; BANK OF AMERICA HOME
   LOANS SERVICING, L.P.; BANK OF
17  AMERICA CORPORATION; and DOES 1-    DATE ACTION FILED: APRIL 7, 2011
   100, inclusive,                      TRIAL DATE: NOT YET ASSIGNED

18
             Defendants.
19

20

21

22

23

24

25

26

27

28

SF01DOCS\44517.1

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

**STIPULATION**

Defendants Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. and Bank of America Corporation ("Defendants"), and Plaintiffs Mehdi Ravan and Ali Ravan ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1.    Defendant BAC Home Loans Servicing, L.P. removed this matter from Alameda County Superior Court on May 13, 2011.

2.    Plaintiffs and Defendants are in the process of discussing the informal resolution of this matter.

3.    In order to continue the current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, Plaintiffs grant Defendants an extension to respond to their Complaint.  Thus, instead of responding to the Complaint on September 16, 2011, the parties agree that Defendants' time to file and serve their response to the Complaint is extended up to and including November 15, 2011.  This stipulation will not alter any pre-existing court event or deadline, and is submitted without a court order pursuant to Local Rule 6-1(a).

4.    The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

5.    Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiffs may wish to assert in their pleadings, all of which are expressly reserved.

///
///
///
///
///
///
///
///

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907

**IT IS SO STIPULATED.**

Dated:  September 13, 2011

**MATRIX LAW FIRM, APC**
Reuben D. Nathan

By:   */s/ Reuben D. Nathan*
        Reuben D. Nathan
Attorney for Plaintiffs
MEHDI RAVAN and ALI RAVAN

Dated:  September 13, 2011

**BRYAN CAVE LLP**
C. Scott Greene
Alison V. Lippa
Joseph V. Quattrocchi

By:   /s/ *Joseph V. Quattrocchi*
        Joseph V. Quattrocchi
Attorneys for Defendants
BANK OF AMERICA, N.A. as successor by
merger to BAC HOME LOANS SERVICING,
L.P., AND BANK OF AMERICA
CORPORATION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*(seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen)*

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111-3907