Reuben D. Nathan, Esq. (SBN 208436)
Dimuth C. Amaratunge, Esq. (SBN 237158)
MATRIX LAW FIRM, APC
2901 West Coast Hwy., Ste. 350
Newport Beach, California 92663
Phone: (949) 486-1888
Fax: (949) 486-1889

Attorneys for Plaintiffs,
Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN, | Case No.: C 11-02371 EMC |
| Plaintiffs, | |
| v. | |
| AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P; BANK OF AMERICA CORPORATION; and Does 1-100, Inclusive, | **NOTICE OF SETTLEMENT**<br>ORDER RESETTING CMC FROM 10/7/11 to 12/23/11 |
| Defendants. | |

- 1 -

**NOTICE OF SETTLEMENT**

**TO THE COURT AND TO ALL PARTIES WITH AN INTEREST HEREIN:**

Please take notice that the parties in the above-referenced matter have mutually agreed to terms of settlement. The parties to this action will execute the Agreement no later than forty-five (45) days upon filing this Notice of Settlement.

A Notice of Dismissal of Plaintiffs' Complaint will be filed upon execution of the Agreement, as stated above.

Respectfully Submitted,

Dated: September 12th, 2011                MATRIX LAW FIRM, APC

By: _____
Reuben D. Nathan, Esq. Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

IT IS SO ORDERED that the CMC is reset from 10/7/11 at 9:00 a.m. to 12/23/11 at 9:00 a.m. A joint CMC Statement shall be filed by 12/16/11.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -

**NOTICE OF SETTLEMENT**

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over 18 years of age and not a party to the within action. My business address is: 2901 West Pacific Coast Highway, Suite 350, Newport Beach, California 92663.

On September 12, 2011, I served the foregoing document described as:

**NOTICE OF SETTLEMENT**

on the interested parties to this action by sending a copy of such document, electronically via Court's CM/ECF System and U.S. Mail, to the following person:

Joseph V. Quattrocchi, Esq.
BRYAN CAVE, LLP
Two Embarcadero Center, Suite 1410
San Francisco, California 94111-3907
Attorneys for Defendant, Bank of America Corporation and Bank of America, N.A. as successor by merger to BAC Home Loans Servicing

I am readily familiar with the law firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit, with postage fully prepaid, in the ordinary course of business. I am the person who sealed and placed for collection and mailing the within correspondence on this date at Newport Beach, California, following ordinary business practices.

_X_ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on September 12, 2011, in the City of Newport Beach, County of Orange, State of California.

Christa Roberson

## CERTIFICATE OF SERVICE