Reuben D. Nathan, Esq. (SBN 208436)
Dimuth C. Amaratunge, Esq. (SBN 237158)
MATRIX LAW FIRM, APC
2901 West Coast Hwy., Ste. 350
Newport Beach, California 92663
Phone: (949) 486-1888
Fax: (949) 486-1889

Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN,<br><br><br><br><br>Plaintiffs,<br><br>vs.<br><br><br><br><br>AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive,<br><br><br>Defendant(s). | Case No.: 3:11-CV-02371-EMC<br><br><br>**[PROPOSED] ORDER** |

- 1 -

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Based on the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference currently set to be heard on December 23, 2011 is continued to February 24, 2012; and

2) The deadline to dismiss the case in its entirety is continued to February 24, 2012.

IT IS SO ORDERED.

Dated: ___12/19_____, 2011   By: _____
                                        Honorable ...............en

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

**[PROPOSED] ORDER**