Reuben D. Nathan, Esq. (SBN 208436)
Dimuth C. Amaratunge, Esq. (SBN 237158)
MATRIX LAW FIRM, APC
2901 West Coast Hwy., Ste. 350
Newport Beach, California 92663
Phone: (949) 486-1888
Fax: (949) 486-1889

Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN, | Case No.: 3:11-CV-02371-EMC |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| vs. | |
| AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive, | |
| Defendant(s). | |

- 1 -

**[PROPOSED] ORDER**

## [PROPOSED] ORDER

Based on the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference currently set to be heard on December 23, 2011 is continued to February 24, 2012; and

2) The deadline to dismiss the case in its entirety is continued to February 24, 2012.

IT IS SO ORDERED.

Dated: ___12/19___, 2011    By: _____
                                 Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

- 2 -

[PROPOSED] ORDER