1  Reuben D. Nathan, Esq. (SBN 208436)
2  Dimuth C. Amaratunge, Esq. (SBN 237158)
   MATRIX LAW FIRM, APC
3  2901 West Coast Hwy., Ste. 350
   Newport Beach, California 92663
4  Phone: (949) 486-1888
   Fax: (949) 486-1889

5  Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN, | Case No.: 3:11-CV-02371-EMC |
| | |
| | **[PROP~~O~~SED] ORDER** |
| Plaintiffs, | |
| vs. | |
| AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive, | |
| Defendant(s). | |

- 1 -

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

Based on the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference currently set to be heard on February 24, 2012 is continued to April 2̶4̶ 27, 2012; and

2) The deadline to dismiss the case in its entirety is continued to April 2̶4̶ 27, 2012.

IT IS SO ORDERED.

Dated: ___2/21_____, 2012   By: _____
                                        Hon. [Judge Edward M. Chen]

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

- 2 -