Reuben D. Nathan, Esq. (SBN 208436)
Dimuth C. Amaratunge, Esq. (SBN 237158)
MATRIX LAW FIRM, APC
2901 West Coast Hwy., Ste. 350
Newport Beach, California 92663
Phone: (949) 486-1888
Fax: (949) 486-1889

Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN, | Case No.: 3:11-CV-02371-EMC |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| vs. | |
| AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive, | |
| Defendant(s). | |

- 1 -

**[PROPOSED] ORDER**

|  |  |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 |  |

Based on the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference and the Deadline to Dismiss Case In Its Entirety, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference currently set to be heard on April 27, 2012 is continued to ~~June 29, 2012~~ *July 6, 2012 at 9:00 a.m.*; and

2) The deadline to dismiss the case in its entirety is continued to ~~June 29~~ *July 6*, 2012.

IT IS SO ORDERED.

Dated: __April 26__, 2012   By: _____ Chen

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

**[PROPOSED] ORDER**