Reuben D. Nathan, Esq. (SBN 208436)
Dimuth C. Amaratunge, Esq. (SBN 237158)
MATRIX LAW FIRM, APC
2901 West Coast Hwy., Ste. 350
Newport Beach, California 92663
Phone: (949) 486-1888
Fax: (949) 486-1889

Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive,<br><br>Defendant(s). | Case No.: 3:11-CV-02371-EMC<br><br>[PROP~~OS~~ED] ORDER<br><br>DATE: September 7, 2012<br>TIME: 9:00 a.m.<br>CTRM: 5<br><br>Honorable Edward M. Chen |

- 1 -

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Based on the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference and the Deadline to Dismiss Case In Its Entirety, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference currently set to be heard on September 7, 2012 is continued to October 26, 2012; and

2) The deadline to dismiss the case in its entirety is continued to October 9, 2012.

IT IS SO ORDERED.

Dated: __8/31_____, 2012   By: _____ Chen

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

- 2 -

[PROPOSED] ORDER