1  Reuben D. Nathan, Esq. (SBN 208436)
2  MATRIX LAW FIRM, APC
   2901 West Coast Hwy., Ste. 350
3  Newport Beach, California 92663
   Phone: (949) 486-1888
4  Fax: (949) 486-1889

5  Attorneys for Plaintiffs, Mehdi Ravan and Ali Ravan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHDI RAVAN and ALI RAVAN, | Case No.: 3:11-CV-02371-EMC |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | DATE: October 26, 2012<br>TIME: 9:00 a.m.<br>CTRM: 5 |
| | Honorable Edward M. Chen |
| AMERICAN MORTGAGE EXPRESS CORP; BANK OF AMERICA HOME LOANS SERVICING, L.P.; BANK OF AMERICA CORPORATION; and DOES 1-100, inclusive, | |
| Defendant(s). | |

- 1 -

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the Joint Stipulation and [Proposed] Order to Continue the Case Management Conference and the Deadline to Dismiss Case In Its Entirety, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference currently set to be heard on October 26, 2012 is continued to ~~December 28, 2012;~~ *January 3, 2013 at 9;00 a.m.* and

2) The deadline to dismiss the case in its entirety is continued to December 28, 2012.

IT IS SO ORDERED.

Dated: _____*October 19*_____, 2012   By: _____
Hon.

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -